Geri N. Kahn, Cal. Bar #148536
Jewish Family & Children's Services
2534 Judah Street
San Francisco, CA 94122
Tel. (415) 449-2900
Fax  (415) 449-2901
Email:  gerik@jfcs.org

Attorney for Svetlana Ustinova

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/27/05*

| | |
|---|---|
| Svetlana Ustinova,<br><br>        Plaintiff,<br><br>   vs.<br><br>Department of Homeland Security, Michael Chertoff, Secretary; US Attorney General, Alberto Gonzales; United States Citizenship and Immigration Services, Eduardo Aguirre, Jr., Director; United States Citizenship and Immigration Services, Alfonso Aguilar, Chief; United States Citizenship and Immigration Services, David Still, District Director<br><br>        Defendants. | Civil No. 05-2514 RMW<br><br>MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE<br><br>DATE:  November 4, 2005<br><br>TIME:   10:30 A.M.<br><br>COURTROOM:  6 |

1. The Court has scheduled a case management conference on November 4, 2005 at 10:30 a.m.  Plaintiff's counsel is scheduled to be at an immigration conference in southern California on the same date.  Unfortunately counsel cannot send another attorney in her place because she is currently the only immigration attorney employed by Jewish Family and Children's Services.

MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER
RESCHEDULING CASE MANAGEMENT CONFERENCE, 05-2514 RMW- 1

2. Counsel for plaintiff has discussed rescheduling the conference with defendants' counsel and both attorneys are able to attend a case management conference on November 18th at 10:30.  There is no prejudice to either party if the conference is rescheduled because defendants have received the results of plaintiff's FBI check and it is possible that plaintiff's naturalization application may be adjudicated within the next 60 days.

3. It is therefore requested that the case management conference be reset for November 18, 2005 at 10:30 a.m.

DATED:      October 25, 2005                    GERI N. KAHN

                                                 _____/s/ Geri Kahn_____

                                                 Counsel for Plaintiff

**ORDER**

Plaintiff's Motion to Reschedule the Case Management Conference is granted. The parties shall appear on November 18, 2005, at 10:30 a.m., in courtroom #6, 4th floor, of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: 10/27/05

/S/ RONALD M. WHYTE
RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE