1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

*E-FILED - 2/8/06*

12 | SVETLANA USTINOVA,   )
   )
13 |    Plaintiff,   )   C 05-2514-RMW
   )
14 | v.   )
   )
15 | MICHAEL CHERTOFF, Secretary of the   )   **STIPULATION TO DISMISS; AND**
Department of Homeland Security; ALBERTO   )   **ORDER**
16 | GONZALES, U.S. Attorney General;   )
EDUARDO AGUIRRE, Director, U.S.   )
17 | Citizenship and Immigration Service;   )
ALFONSO AGUILAR, Chief, United States   )
18 | Citizenship and Immigration Services; DAVID   )
STILL, District Director,   )
19 |    )
   Defendants.   )
20 |    )

21 |     Plaintiff, by and through her attorney of record, and defendants, by and through their attorneys

22 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 | action without prejudice in light of the fact that the defendants have agreed to interview the

24 | plaintiff within 30 days of the filing of this stipulation to dismiss and to adjudicate the plaintiff's

25 | naturalization application within 60 days of the filing of this stipulation to dismiss.

26 |     Each of the parties shall bear their own costs and fees.

27

28

STIPULATION TO DISMISS
C 05-2514-RMW                                     1

| | |
|---|---|
| Date: February 3, 2006 | Respectfully submitted,<br><br>KEVIN V. RYAN<br>United States Attorney<br><br>/s/<br>EDWARD A. OLSEN[1]<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: February 3, 2006 | /s/<br>GERI N. KAHN, ESQ.<br>Jewish Family & Children's Services<br>Attorney for Plaintiff |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

| | |
|---|---|
| Date: 2/8/06 | /S/ RONALD M. WHYTE<br>RONALD M. WHYTE<br>United States District Judge |

---

[1] I, Edward A. Olsen, attest that both Attorney Geri N. Kahn and I have signed this stipulation and will produce the original signed copies upon request.

STIPULATION TO DISMISS
C 05-2514-RMW                                      2